IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LARRY J. AUSTIN, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15cv49 |
| | ) | |
| GRAHAM TAYLOR, ESQ., et al., | ) | |
|     Defendant. | ) | |

## ORDER

It appearing from the record that service has not been effected on defendants within 120 days after the complaint was filed in this matter,

It is hereby **ORDERED** that plaintiffs are **DIRECTED** to show cause by 5:00 p.m., Friday, June 5, 2015, why this case should not be dismissed pursuant to Rule 4(m), Fed. R. Civ. P. Should plaintiffs fail to file a response to the instant show cause order by 5:00 p.m., Friday, June 5, 2015, the matter will promptly be dismissed pursuant to Rule 4(m), Fed. R. Civ. P.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 26, 2015

/s/
T. S. Ellis, III
United States District Judge