JOHN E. WILLIAMS   703 838-2939                                398
3213 DUKE ST SUITE 601                                         68-106/560
ALEXANDRIA VA 22314                                            10

Date: June 30, 2015

Pay to the Order of: SOC                            $ 196.00

The Sum of: One hundred ninety-six only

**Burke & Herbert Bank**
At Your Service Since 1852

Memo: Service fees - Austin v Taylor et al.
USDCEDVA

⑈056001066⑈ ⑈101029427⑈ 0398

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Return Receipt (hardcopy) | $0.00 |
| Return Receipt (electronic) | $0.00 |
| Certified Mail Restricted Delivery | N/A |
| Adult Signature Required | N/A |
| Adult Signature Restricted Delivery | |
| Postage | $5.95 |
| Total Postage and Fees | $12.20 |

Sent To: SOC
Street and Apt. No., or PO Box No.: PO Box 2452
City, State, ZIP+4: Richmond VA 23218

7015 0640 0007 4614 0735

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions