IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

LARRY J. AUSTIN, et al.,

    Plaintiffs,

v.

GRAHAM TAYLOR, ESQ., et al.,

    Defendants.

Case No. 1:15-cv-00049 (TSE/TCB)

**CONSENT ORDER FOR AMENDMENT OF COMPLAINT**

On joint motion of Plaintiffs Larry J. Austin, Furama Los Angeles, Inc. and Dragon Charm LLC, and Defendants Dewey & LeBoeuf Liquidation Trust, Proskauer Rose LLP, Deutsche Bank A.G., Ira Akselrad and Sidley Austin LLP, it is ORDERED that the Plaintiffs are hereby granted leave to file an Amended Complaint on or before August 28, 2015, and Defendants may file their answers or otherwise respond to the Amended Complaint, or, if no Amended Complaint is filed, the original Complaint, on or before September 11, 2015.

Entered this 29th day of July, 2015

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

**SEEN AND AGREED:**

| | |
|---|---|
| LARRY J. AUSTIN, FURAMA LOS ANGELES, INC., DRAGON CHARM LLC<br>By Counsel | DEWEY & LEBOEUF LIQUIDATION TRUST<br>By Counsel |
| /s/ *John E. Williams*<br>John E. Williams, Esq. (VSB No. 14111)<br>johnedwardwilliams@earthlink.net<br>3213 Duke Street, Suite 601<br>Alexandria, VA 22314<br>T: (703) 838-2939<br>F: (703) 548-6173 | /s/ *Lara N. Burke*<br>Lara N. Burke, Esq. (VSB No. 85601)<br>lburke@brownrudnick.com<br>BROWN RUDNICK LLP<br>601 13th St., N.W.<br>Suite 600<br>Washington, D.C. 20005<br>T: (202) 536-1717<br>F: (202) 536-1701 |
| *Counsel for Plaintiffs* | *Counsel for the Dewey & LeBoeuf Liquidation Trust* |
| PROSKAUER ROSE LLP<br>By Counsel | DEUTSCHE BANK A.G.<br>By Counsel |
| /s/ *Christopher E. Ondeck*<br>Christopher E. Ondeck, Esq. (VSB No. 39061)<br>condeck@proskauer.com<br>PROSKAUER ROSE LLP<br>1001 Pennsylvania Avenue, N.W.<br>Suite 600 South<br>Washington, D.C. 20004<br>T: (202) 416-6800<br>F: (202) 416-6899 | /s/ *Warren T. Allen II*<br>Warren T. Allen II (Va. Bar No. 72691)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (202) 371-7000<br>Facsimile: (202) 661-9121<br>warren.allen@skadden.com |
| *Counsel for Defendant Proskauer Rose LLP* | *Counsel for Defendant Deutsche Bank A.G.* |