IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA:

| | |
|---|---|
| Furama Los Angeles, Inc.<br>Dragon Charm, LLC<br>Larry J. Austin<br>    and related entities<br>c/o John E. Williams<br>3213 Duke Street, Suite 601<br>Alexandria, VA 22314<br>    Plaintiffs<br>v.<br>Graham Taylor, Esq.,<br>Dewey LeBoeuf Liquidating Trust,<br>as successor to Dewey LeBoeuf, (as successor<br>to LeBoeuf Lamb, together with all partners of said<br>firm (and associates) (collectively "LeBoeuf");<br>Proskauer Rose LLC; Deutsche Bank AG; as well as<br>the defendants John Does 1 through 10, said names<br>being fictitious, but intended to refer to those firms<br>and/or individuals providing malpractice coverage<br>and/or support work for the advice and services of<br>the prior-named Defendants herein ("Supporting<br>Defendants"); Ira Akselrad, Esq. and Proskauer<br>Rose LLC (the "Proskauer Defendants");<br>R. J. Ruble, Esq., and Sidley Austin<br>Brown & Wood LLC, ("Sidley Defendants")<br>    Defendants | Civil Action No. 1:15-cv-00049-TSB-TCB |

## ORDER

This matter is before the Court upon Plaintiffs' Motion for Extension of Time, and any Opposition thereto; and it is

ORDERED that Plaintiffs' Motion is hereby granted, and it is further

ORDERED that Plaintiffs shall file their Amended Complaint by August 31, 2015.

ENTERED this 4th day of Sept. 2015.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge